**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

PHILLIP LACEFIELD
REG. #18183-076                                                                                          PLAINTIFF

V.                                          4:05CV01139 SWW/JTR

ANDY WISE, aka Steven Andrew Wise;
and WREG-TV, INC., aka WREG-Channel 3
and www.Wreg.com                                                                                      DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITH PREJUDICE, for failing to state a claim upon which relief may be granted and Judgment is entered in favor of Defendants on all claims set forth in this action. Dismissal of this action constitutes a "strike," as defined by 28 U.S.C. § 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

Dated this 24th of October, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE